**FILED**

**DECEMBER 14, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2099 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7050**

SAIRA JAFFARY,                    )
                      Plaintiff,  )
    vs.                           )
                                  )
VALUE CITY FURNITURE,             )
AMERICAN SIGNATURE HOME,          )
AMERICAN SIGNATURE, INC.,         )
and JLP-NORTH LAKE, LLC,          )
                     Defendants.  )

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE KEYS**

## NOTICE OF REMOVAL

Defendants, VALUE CITY FURNITURE, AMERICAN SIGNATURE HOME,

AMERICAN SIGNATURE, INC. and JLP-NORTH LAKE, LLC, by their attorneys, HAYNES,

STUDNICKA, KAHAN, O'NEILL & MILLER, LLC, pursuant to 28 U.S.C. §§1332, 1441 and

1446, hereby submit their Notice of Removal, and in support thereof, state as follows:

1.     On November 6, 2007, plaintiff SAIRA JAFFARY, commenced this action by

filing her Complaint at Law in the Circuit Court of Cook County, Illinois.  (See Exhibit 1

hereto).

2.     On November 14, 2007, a process server delivered summons to defendants,

VALUE CITY FURNITURE, AMERICAN SIGNATURE HOME, AMERICAN SIGNATURE,

INC. and JLP-NORTH LAKE, LLC (see Group Exhibit 2 hereto).  Defendants have not filed an

appearance or responsive pleadings in the Circuit Court of Cook County, Illinois.  Accordingly,

this Notice of Removal is filed within 30 days after service of summons on defendants and is

timely pursuant to 28 U.S.C. §1446 (b).

3.      In sum, plaintiff alleges that on January 21, 2006, she was a customer at a retail store operated and maintained by defendants in Northlake, Illinois when she slipped and fell on snow and ice, suffered bodily injuries and incurred medical and other expenses as a result of defendants' negligence.  Plaintiff's complaint contains an open prayer for damages in a sum in excess of $50,000, which is the jurisdictional minimum for the Law Division of the Circuit Court of Cook County, Illinois.  The complaint is supported by the affidavit of plaintiff's attorney, filed pursuant to Illinois Supreme Court Rule 222, which confirms that the damages sought by plaintiff in the instant action "exceed $50,000.00."

4.      Simultaneous with the filing of this Notice, defendants propounded interrogatories and a notice to produce upon plaintiff (see Group Exhibit 3 hereto).  Among other information, defendants request that plaintiff Jaffary disclose the precise nature and extent of her alleged injuries and claimed medical bills, lost income and other elements of damages.

5.      Based upon the allegations of plaintiff's complaint and representations of plaintiff's counsel, there is a reasonable probability that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6.      Immediately after the alleged occurrence, and while she was still present at the store, plaintiff Jaffary provided store personnel with her home address:  1057 N. Oakley, #105, Westmont, IL 60559.  This same home address is also listed on an Emergency Department intake sheet for plaintiff Jaffary, dated January 21, 2006, from Good Samaritan Hospital (see Exhibit 4 hereto).

7.      To bring things current, defendants retained an investigator who has discovered that plaintiff Jaffary currently resides at 1815 W. Golf Road, Apt. 120, Schaumburg, IL 60056 (see Affidavit of C. Fertel; Exhibit 5 hereto).

8.    Within their written discovery (see Group Exhibit 3 hereto), defendants request that plaintiff Jaffary disclose her historical home addresses and residences for the last ten (10) years.

9.    Based on the foregoing, defendants have made diligent efforts to obtain information related plaintiff's domicile and citizenship, and hereby submit a reasonable basis to conclude that plaintiff Jaffary is a citizen of and domiciled in Illinois for purposes of diversity jurisdiction.  If necessary, defendants respectfully request leave of Court to supplement this Notice of Removal once plaintiff tenders her sworn answers to written discovery.

10.    At all times relevant, defendant American Signature, Inc. has been an Ohio Corporation and has maintained its headquarters and principal place of business in Ohio.  At all times relevant, Value City Furniture, an entity named as a defendant, has been a division of American Signature, Inc., and not an individual corporation.  Prior to the date of the alleged occurrence, a Delaware corporation formerly known as American Signature Home, Inc., was formally merged into American Signature, Inc., an Ohio corporation which has maintained its headquarters and principal place of business in Ohio.  (See Affidavit of Victoria Turner; Exhibit 6 hereto).

11.    At all times relevant, defendant JLP-Northlake, LLC has been an Ohio limited liability company and maintained its headquarters and principal place of business in Ohio.  The sole member of JLP-Northlake, LLC is Jubilee Limited Partnership, an Ohio entity which also maintains its principal place of business in Ohio.  (See Affidavit of William Kugel; Exhibit 7 hereto).

12.    Diversity jurisdiction exists and defendants request that this Honorable Court remove the instant action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois.  Copies of this Notice of Removal have been

served upon counsel of record for all parties and the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, defendants, VALUE CITY FURNITURE, AMERICAN SIGNATURE HOME, AMERICAN SIGNATURE, INC. and JLP-NORTH LAKE, LLC, respectfully request that this Honorable Court remove the instant action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, and for such other and further relief as this Court deems just.

/s/ Mark G. Poulakidas
Mark G. Poulakidas
Mark G. Poulakidas (ARDC #6230065)
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
200 West Adams Street, Suite 500
Chicago, Illinois 60604
(312) 332-6644
mpoulakidas@hskolaw.com