IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

SAIRA JAFFARY,  )  2007L012579
  )  CALENDAR/ROOM
    Plaintiff,  )  TIME
  )  Premises Liability
vs.  )  No.
  )
VALUE CITY FURNITURE, an Illinois  )  **PLEASE SERVE:**
corporation, and AMERICAN SIGNATURE  )
HOME, an Illinois corporation, and AMERICAN  )  Illinois Corporation Service
SIGNATURE, INC., an Illinois corporation, and  )  Agent of American Signature, Inc.
JLP-NORTH LAKE, LLC, an Illinois Limited  )  801 Adlai Stevenson Drive
Liability Company,  )  Springfield, IL  62703
  )
    Defendants.  )

**07 C 7050**

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE KEYS**

## SUMMONS

To each defendant:

NOV 0 8 2007

    **YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801 Chicago, Illinois 60602), within 30 days after service of this summons, not counting the date of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

NOV 0 6 2007

WITNESS,..............................................,2007

..............................................
Clerk of the Court

Date of service:..............................,2007
(To be inserted by officer on copy left with defendant or other person)

Cindy A. Scolaro, Esq.
KARCHMAR & STONE
111 West Washington Street
Suite 1030
Chicago, IL  60602
(312) 236-9744
Atty. No. 24622

DOROTHY BROWN, CLERK OF THE COURT OF COOK COUNTY, ILLINOIS

EXHIBIT
GROUP
2

# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

NEIL M. WILLIAMSON
#1 Sheriffs Plaza
Springfield, Illinois 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, <u>Donald Schuh #4267</u> certify that I served this summons as follows:

☐ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other: _____

Case Number 2007 L51 2579

Name of defendant American Signature inc
C/O ILL.Corp.inc.

Name of other person
Summons left with   Holly Blankenship

Sex  (Female )  Race:  White  Approx. age  20's
Date of Service 11/14/07  Time 1045

Address at which paper was served:

801 Stevenson Dr.

Springfield, Il

Service fees : $30.00

Neil Williamson, Sheriff of Sangamon County

By, _____, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SAIRA JAFFARY, | ) | |
| Plaintiff, | ) | 2007L012579 |
| | ) | CALENDAR/ROOM X |
| vs. | ) No. | TIME 00:00 |
| | ) | Premises Liability |
| VALUE CITY FURNITURE, an Illinois | ) | |
| corporation, and AMERICAN SIGNATURE | ) | PLEASE SERVE: |
| HOME, an Illinois corporation, and AMERICAN | ) | |
| SIGNATURE, INC., an Illinois corporation, and | ) | Illinois Corporation Service |
| JLP-NORTH LAKE, LLC, an Illinois Limited | ) | Agent of JLP North Lake, LLC |
| Liability Company, | ) | 801 Adlai Stevenson Drive |
| | ) | Springfield, IL  62703 |
| Defendants. | ) | |

SUMMONS

RECEIVED
NOV 0 8 2007
SHERIFF'S OFFICE
RECORD ROOM

To each defendant:

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801 Chicago, Illinois 60602), within 30 days after service of this summons, not counting the date of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS,...........................................NOV 08 2007......,2007

..................................................
Clerk of the Court

Date of service:.............................,2007
(To be inserted by officer on copy left with defendant or other person)

Cindy A. Scolaro, Esq.
KARCHMAR & STONE
111 West Washington Street
Suite 1030
Chicago, IL 60602
(312) 236-9744
Atty. No. 24622

**DOROTHY BROWN, CLERK OF THE COURT OF COOK COUNTY, ILLINOIS**



# Sangamon County Sheriffs Office
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

*NEIL M. WILLIAMSON*
#1 Sheriffs Plaza
Springfield, Illinois 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, Donald Schuh #4267 certify that I served this summons as follows:

☑ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other: _____

Case Number O7LO12579

Name of defendant JLP North Lake, LLC
C/O ILL,Corp.inc.

Name of other person
Summons left with  Holly Blankenship

Sex (Female) Race: White Approx. age 20's
Date of Service 11/14/07  Time 1045

Address at which paper was served:

801 Stevenson Dr.

Springfield, Il

Service fees : $30.00

_____, Neil Williamson, Sheriff of Sangamon County
By, _____, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY

4

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SAIRA JAFFARY, | ) | 2007L012579 |
| Plaintiff, | ) | CALENDAR/ROOM X |
| | ) | TIME 00:00 |
| vs. | ) | Premises Liability |
| | ) | No. |
| VALUE CITY FURNITURE, an Illinois | ) | |
| corporation, and AMERICAN SIGNATURE | ) | PLEASE SERVE: |
| HOME, an Illinois corporation, and AMERICAN | ) | |
| SIGNATURE, INC., an Illinois corporation, and | ) | Illinois Corporation Service |
| JLP-NORTH LAKE, LLC, an Illinois Limited | ) | Agent of American Signature Home |
| Liability Company, | ) | 801 Adlai Stevenson Drive |
| Defendants. | ) | Springfield, IL 62703 |

NOV 0 8 2007

## SUMMONS

To each defendant:

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801 Chicago, Illinois 60602), within 30 days after service of this summons, not counting the date of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

NOV 0 6 2007

WITNESS,............................................,2007

DOROTHY ....
............................................
Clerk of the Court

Date of service:............................................,2007
(To be inserted by officer on copy left with defendant or other person)

Cindy A. Scolaro, Esq.
KARCHMAR & STONE
111 West Washington Street
Suite 1030
Chicago, IL 60602
(312) 236-9744
Atty. No. 24622

DOROTHY BROWN, CLERK OF THE COURT OF COOK COUNTY, ILLINOIS



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

*NEIL M. WILLIAMSON*
#1 Sheriffs Plaza
Springfield, Illinois 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, <u>Donald Schuh #4267</u> certify that I served this summons as follows:

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other: _____

Case Number  2007L012579

Name of defendant  American Signature Home
C/O ILL,Corp.inc.

Name of other person
Summons left with    Holly Blankenship

Sex  (Female)  Race: <u>White</u>  Approx. age  20's

Date of Service  11/14/07   Time  10:45

Address at which paper was served:

801 Stevenson Dr.

Springfield, Il

Service fees : $30.00

_____ Neil Williamson, Sheriff of Sangamon County
By, _____, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SAIRA JAFFARY, | ) | 2007L012579 |
|     Plaintiff, | ) | CALENDAR/ROOM X |
| | ) | TIME 00:00 |
| vs. | ) No. | Premises Liability |
| | ) | |
| VALUE CITY FURNITURE, an Illinois | ) | PLEASE SERVE: |
| corporation, and AMERICAN SIGNATURE | ) | |
| HOME, an Illinois corporation, and AMERICAN | ) | Illinois Corporation Service |
| SIGNATURE, INC., an Illinois corporation, and | ) | Agent of Value City Furniture |
| JLP-NORTH LAKE, LLC, an Illinois Limited | ) | 801 Adlai Stevenson Drive |
| Liability Company, | ) | Springfield, IL 62703 |
|     Defendants. | ) | |

### SUMMONS

RECEIVED NOV 0 8 2007

To each defendant:

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801 Chicago, Illinois 60602), within 30 days after service of this summons, not counting the date of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, DOROTHY BROWN 3-2007

................................................
Clerk of the Court

Date of service:............................,2007
(To be inserted by officer on copy left with defendant or other person)

Cindy A. Scolaro, Esq.
KARCHMAR & STONE
111 West Washington Street
Suite 1030
Chicago, IL 60602
(312) 236-9744
Atty. No. 24622

**DOROTHY BROWN, CLERK OF THE COURT OF COOK COUNTY, ILLINOIS**

DEC-06-2007  14:20         KARCHMAR & STONE                         312 236 6865      P.09/09



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855
Civil Process/Records - (217) 753-6846

NEIL M. WILLIAMSON
#1 Sheriffs Plaza
Springfield, Illinois 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, **Donald Schuh #4267** certify that I served this summons as follows:

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other: _____

Case Number **2007 L 012579**

Name of defendant **Value City Furniture**
C/O ILL,Corp.inc.

Name of other person
Summons left with **Holly Blankenship**

Sex (Female)  Race: **White**  Approx. age **20's**

Date of Service **11/14/07**   Time **1045**

Address at which paper was served:

**801 Stevenson Dr.**

**Springfield, Il**

Service fees : $30.00

_____ Neil Williamson, Sheriff of Sangamon County

By, _____ , Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY

TOTAL P.09

DEC-06-2007 01:56PM   From: 312 236 6865         ID:HAYNES STUDNICKA         Page:009  R=97%