2099 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7050**

| | | |
|---|---|---|
| SAIRA JAFFARY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| VALUE CITY FURNITURE, | ) | |
| AMERICAN SIGNATURE HOME, | ) | |
| AMERICAN SIGNATURE, INC., | ) | |
| and JLP-NORTH LAKE, LLC, | ) | |
| Defendants. | ) | |

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE KEYS**

## INTERROGATORIES TO PLAINTIFF

Defendants, VALUE CITY FURNITURE, AMERICAN SIGNATURE HOME, AMERICAN SIGNATURE, INC. and JLP-NORTH LAKE, LLC, by their attorneys, HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC, and propound Interrogatories upon Plaintiff, SAIRA JAFFARY, to be answer within twenty-eight (28) days as follows:

1. State your full name, date of birth, address and social security number.

   Answer:

2. State the name, age, present or last known address, telephone number, employer and employer's address of all persons who witnessed, or claim to have witnessed, the occurrence described in the complaint.

   Answer:

3. State the name, age, present or last known address, telephone number, employer and employer's address of all persons who were present, or claim to have been present, at the scene of the occurrence described in the complaint immediately before the occurrence (approximately one hour), at the time of he occurrence, or immediately after the occurrence (approximately two hours).



       Answer:

4.      State the name and address of each of your employers (including your present employer) in the last ten years and the dates of each employment.

       Answer:

5.      State each of your resident addresses in the last ten years and the dates during which you resided at each address.

       Answer:

6.      With respect to any injuries or other conditions of ill being which you claim to have sustained in or as a consequence of the occurrence complained of, state:

    (a)    The name of the injury or condition;

    (b)    The names and address of all hospitals in which you have been confined or at which you have been treated or examined, the dates thereof and the amount of each bill;

    (c)    The names and addresses of all treating or consulting doctors, the dates of the treatment or consultation, and the amount of each doctor's bill;

    (d)    The names and addresses of all examining physicians and the dates of examination;

    (e)    The names and addresses of all persons or other entities who have x-rayed you, the dates thereof, the amount of each bill; and

    (f)    The names and addresses of all persons or other entities who have performed any electrical or electronic tests upon you, such as electroencephalogram, electrocardiogram, nerve conduction, etc., and the identity and dates of each test and the amount of each bill.

       Answer:

7. If you are claiming loss of income because of the occurrence complained of, state:

   (a) The name and address of our employer at the time that the income was lost.

   (b) The dates on which you were unable to work;

   (c) Your rate of pay on the dates you were unable to work;

   (d) The amount of income you claim to have lost.

   Answer:

8. State any and all other expenses or losses you claim as a result of said occurrence.

   Answer:

9. Prior to the date of said occurrence had you ever been (a) treated, examined or confined in any hospital or clinic, (b) treated by a physician or medical care provider from any field or specialty, including chiropractors, or (c) x-rayed for any reason? If so, give the name and address of each such hospital, physician, technician or clinic, the approximate date of such confinement or service and state, in general, the reason for such confinement or service.

   Answer:

10. Have you suffered either (a) any personal injury or (b) serious illness, since the date of said occurrence? If so, for (a) state when, where and in general how you were injured, and the names and addresses of all treating doctors and hospitals, and describe in general the injuries suffered; and, for (b) state when you were ill, the names and addresses of all treating doctors and hospitals and describe in general the illness.

    Answer:

11. If you have ever been convicted of a crime, state:

   (a) The date of conviction and the full description of the court;

   (b) The case name and number;

   (c) The precise charge (preferably by statute citation), and your plea;

   (d) The name under which you were convicted (if different than the one used herein); and

   (e) Whether the conviction has been, or is being appealed, and if so, the court to which appealed, the docket number and the result, if any.

   Answer:

12. Have you ever filed any other suit for your own personal injuries? If so, state the court in which filed, the year filed and the title and docket number of said case.

   Answer:

13. Do you have statements from any witness other than yourself? If so, give the name and address of each such witness, the date of said statement and state whether such statement was written, stenographically recorded or electronically recorded.

   Answer:

14. Were any photographs taken of the scene of the occurrence or of the persons or objects involved? If so, state the date or dates on which such photographs were taken, the number taken, the subjects thereof and who now has custody of them.

   Answer:

15. State the name, address, age, telephone number, employer and employer's address of any person not heretofore identified in answers to the foregoing interrogatories who has knowledge of discoverable matters related to this lawsuit.

4

Answer:

16. State whether you have ever made or filed a claim for workmen's compensation benefits for any injury claimed by you to have been sustained prior to, at the time of, or subsequent to the occurrence described in the complaint. If the answer is in the affirmative, state as to each such claim the following:

    (a) The date and place of the injury;

    (b) The name and address of each party against whom the claim was made;

    (c) The name and address of each such party's workmen's compensation insurer, if any;

    (d) The place where such claim was made or filed and the case or claim number; and

    (e) The name and address of each non-treating physician who examined you in connection with each such claim.

    Answer:

17. State in detail where you fell, including a description of how you fell, what you believe caused you to fall, and describe what portion(s) of your body struck what object(s).

    Answer:

18. State any and all defects in the premises you claim caused your fall.

    Answer:

19. How long had each defect existed?

    Answer:

20. When did you first become aware of the defects?

Answer:

21.  When did the defendants become aware of the defects?

Answer:

22.  Identify by name, address, plan number and group number each an every health insurance plan, Blue Cross/Blue Shield, Medicare, Public Aid, PPO, HMO or other health care services provider in which you belonged or were entitled to participate from five years prior to the alleged occurrence to the present.

Answer:

23.  Identify by name, address, and telephone number, all pharmacies you have utilized during the period of 5 years prior to the occurrence identified in the complaint to the present.

Answer:

24.  If you have ever filed for bankruptcy protection, fully disclose all information relating to each application for bankruptcy protection, including but not limited to the identity of the court where such action was filed, the name of the suit, and the court docket number.

Answer:

      Under penalty of perjury, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters I certify that I verily believe the same to be true.

_____
SAIRA JAFFARY

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC

By: _____
     Mark G. Poulakidas

Mark G. Poulakidas, ARDC #6230065
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
200 West Adams Street, Suite 500
Chicago, IL 60606
(312) 332-6644

2099 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAIRA JAFFARY, | | ) |
| | Plaintiff, | ) |
| vs. | | ) |
| | | ) |
| VALUE CITY FURNITURE, | | ) |
| AMERICAN SIGNATURE HOME, | | ) |
| AMERICAN SIGNATURE, INC., | | ) |
| and JLP-NORTH LAKE, LLC, | | ) |
| | Defendants. | ) |

## NOTICE TO PRODUCE

You are hereby notified that you are requested to produce on a date and at a time no later than twenty-eight (28) days from the date of the filing of this Notice, at the offices of HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC., 200 West Adams Street, Suite 500, Chicago, Illinois, for inspection and copying the following documents together with any transcripts, reports, memoranda, or recordings purporting to reflect, but not to evaluate the same:

    a.    All statements, whether written or oral, signed or unsigned, verbatim or narrative, of a party to any person other than that party's attorney or insurer;

    b.    All memorializations of any kind of statements, interviews, or conferences with a party by any person other than that party's attorney or insurer, including notes, tape recordings, memoranda, letters, summaries and letters;

    c.    All statements of any witnesses other than a party, whether written or oral, signed or unsigned, verbatim or narrative;

    d.    All memorializations of any kind of statements, interviews or conferences with any witness other than a party, including but not limited to tape recordings, memoranda, notes, letters, transcripts and summaries.

    e.    A list of all persons or entities to whom each statement or memorialization of any statements, interviews, or conferences described in paragraphs (a) through (d) above, where given, and who transcribed any such statement;

2

f.  A list of the names, addresses, and specialties of all expert witnesses (other than non-treating, purely consultant experts who are not to testify at the trial of this cause);

g.  All curriculum vitaes or list of credentials of all expert witnesses described in paragraph (f) above;

h.  All memorializations of any kind which reflect or purport to reflect the expert opinions of any expert witness describe in paragraph (f) above, including, but not limited to, all letters, notes, memoranda, records, recordings, tests, or summaries;

i.  All records as to the physical or mental condition of the plaintiff prior and subsequent to the alleged occurrence, including injuries sustained in other occurrences, as well as signed HIPAA authorizations to obtain copies of said records directly from the plaintiff's treating physicians and health care facilities where the plaintiff obtained medical care and treatment (authorizations attached);

j.  All photographs, slides, drawings, motion pictures, x-rays, CT scan films, or other radiological films taken subsequent to the alleged occurrence;

k.  All paid bills and any other indicia of paid expenses as a result of the occurrence alleged;

l.  All documents relating to expenses incurred by plaintiff as a result of the occurrence alleged in the complaint;

m.  Copies of plaintiff's Internal Revenue Service tax returns for the years 2002 to 2006, with W-2 forms, all attachments, as well as a signed authorization to obtain said returns directly from the IRS (authorizations attached).

n.  Any and all documents, records, statements, reports, or other written or printed material relating to any incident or accident involving injuries sustained by an individual at any location operated by defendant(s).

o.  Copies of all articles, treatises, books, or other documents which will be used for any purpose, including impeachment, at any deposition or at the trial of this occurrence;

p.  All letters, notes, memoranda, or records of the defendants named in this cause and their employees and agents relating to the plaintiff;

q.  All statements, whether signed or unsigned, oral or written, summarized or verbatim, of the defendants named in this cause or their employees or agents concerning the allegations of the complaint;

3

      r.      A list with the names and addresses of all eyewitnesses, pre- and post-occurrence witnesses, medical witnesses, or persons with knowledge regarding the issues of liability and damages.

For the purpose of this Notice, the word "party" shall, if an individual, also include members of his/her immediate family, and shall, if a corporation, include its officers, directors, managing agents, and foremen. No party is, by this Notice, required to disclose which witnesses (other than non-treating experts who are not merely consultants) his attorney intends to use upon the trial or the order intended for the examination of such witnesses or his attorney's communications with such consultants.

This Notice assumes that the parties affected will ascertain and allocate amongst themselves the expenses involved in initially securing and reproducing the items to be produced. If such is not effectuated amicably, this Notice contemplates further proceedings.

                            HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC

                            By: _____
                                  Mark G. Poulakidas

Mark G. Poulakidas, ARDC #6230065
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
200 West Adams Street, Suite 500
Chicago, IL 60606
(312) 332-6644

# HIPAA Privacy Authorization
## For Disclosure of Protected Health Information
### Relevant To Litigation or Pending Claims

Patient's Name: Saira Jaffary

Address: _____  Date of Birth: _____

1. I make this Authorization for the purpose of copying records in connection with a lawsuit or claim to which I am a party.

2. This authorization is directed to and applies to protected health information maintained by:
(Hospital, Physician, Medical provider, etc.) _____

3. I hereby authorize the above, its director, administrative and clinical staff or assignees, medical information services and billing departments to release any and all medical records and information from my date of birth to the present unless specified otherwise, relating to my care and treatment including x-rays, photographs, electronic and digital files and any other records, unless I expressly direct or specify otherwise. I understand that medical information may include records, if any, relating to treatment for alcohol and drug abuse protected under the regulations in 42 C.F.R. Part 2; psychiatric/psychological services and social work records and any information regarding communicable diseases and infections, tuberculosis, venereal diseases, sexually transmitted diseases, acquire immunodeficiency syndrome (AIDS), human immunodeficiency virus (HIV) or ARC.

4. This information is to be released for copying purposes to:
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC                              or
their agent, **RECORD COPY SERVICES**                                           .

5. I understand that information used or disclosed pursuant to this authorization may be disclosed by the recipient and may no longer be protected by the Federal Privacy Rules.

6. This authorization shall be in force and in effect until the conclusion of the pending litigation or claim unless otherwise specified.

7. I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and send it to the hospital, doctor or other custodian of medical information. I understand that the revocation will not apply to information that has already been released in response to this authorization.

8. I understand that authorizing the release of this health information is voluntary and that I need not sign this form in order to ensure health care treatment, eligibility for benefits, payment or health plan enrollment.

9. A copy of this authorization is as valid as the original.

## All Pertinent Sections Of This Form Must Be Completed Before Signing

X _____

_____           _____
Date                                  Signature of Patient or Legal Representative

_____           _____
Description of Legal Representative's Authority or Relationship    Print Name of Patient or Legal Representative

C314 Rev516

| Form **4506** (Rev. April 2006) Department of the Treasury Internal Revenue Service | **Request for Copy of Tax Return** ▶ Do not sign this form unless all applicable lines have been completed. Read the instructions on page 2. ▶ Request may be rejected if the form is incomplete, illegible, or any required line was blank at the time of signature. | OMB No. 1545-0429 |
|---|---|---|

**Tip:** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T**, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

**1a** Name shown on tax return. If a joint return, enter the name shown first.
Saira Jaffary

**1b** First social security number on tax return or employer identification number (see instructions)

**2a** If a joint return, enter spouse's name shown on tax return

**2b** Second social security number if joint tax return

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code

**4** Previous address shown on the last return filed if different from line 3

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.
Haynes, Studnicka, Kahan, O'Neill & Miller, LLC, 200 W. Adams St., Ste. 500, Chicago, IL 60606 (312) 332-6644

**Caution:** If a third party requires you to complete Form 4506, **do not** sign Form 4506 if lines 6 and 7 are blank.

**6** Tax return requested (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____1040_____
**Note.** If the copies must be certified for court or administrative proceedings, check here. . . . . . . . . . . . . . . . ☑

**7** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

12 / 31 / 02     12 / 31 / 03     12 / 31 / 04     12 / 31 / 05

12 / 31 / 06     /     /           /     /           /     /

**8** **Fee.** There is a $39 fee for each return requested. **Full payment must be included with your request or it will be rejected.** Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

**a** Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 39.00
**b** Number of returns requested on line 7 . . . . . . . . . . . . . . . . . . . . . . . . 5
**c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . . . . . . . . $ 195.00

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . ☑

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a
(   )

**Sign Here**
▶ Signature (see instructions)   Date
▶ Title (if line 1a above is a corporation, partnership, estate, or trust)
▶ Spouse's signature   Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 41721E   Form **4506** (Rev. 4-2006)