## Good Samaritan Hospital — Advocate

3815 Highland Avenue
Downers Grove, IL 60515
630-275-5900

**EMERGENCY**

EF01 ERR2

| PRIORITY | SERVICE | TYPE | FC | REG |
|---|---|---|---|---|
| EMERG | EMR | E | BF | TS28 |

**07 C 7050**

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE KEYS**

### PATIENT DATA

- PATIENT NAME/ADDRESS: JAFFARY, SAIRA.
- 1057 N OAKLEY DR BLDG 26 #105
- WESTMONT, IL. 60559
- DOB: 02/15/1962
- PHONE: (630) 915-7658
- SSN: 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
- MS: M  RACE: O  LANG: E
- AGE: 43Y  SEX: F
- ADMIT DATE/TIME: 01/21/2006 1909
- ACCIDENT LOCATION: VALUE CITY HILLSI
- ACCIDENT DATE: 01/21/2006
- RELIGION: NOT ASKED
- PARISH: NOT ASKED
- SRC: 00  PCB: ZZ

- EMPLOYER NAME/ADDRESS: VICORP, 420 E ODEN AVE, WESTMONT, IL. 60559
- CODE: OTH
- OCCUPATION: SUPERVISOR
- PHONE: (630) 323-6980-
- ADMITTING DR: 000001 TAMAGOURI
- ATTENDING DR: 000005 DUPAGE EMERGE
- REFERRING DR:
- CONSULT 1 / 2 / 3:

### EMERGENCY CONTACTS

- CONTACT 1: MAHOMMD, IMRAN — SPOUSE
- 33W59TH ST #102, WESTMONT, IL. 60559
- PHONE: (630) 493-1017

- CONTACT 2: SHEIKH, TAHIR — UNCLE
- 355 TRINITY LN, OAK BROOK, IL. 60523
- PHONE: (630) 654-2384

**DIAGNOSIS/CHIEF COMPLAINT:** RT ARM INJURY

### INSURANCE INFORMATION

- PRIMARY PLAN NAME/ADDRESS: BLUE CROSS 121, P O BOX 805107, CHICAGO, IL. 606804112
- CODE: 171
- PHONE: (773) - -
- POLICY NO: RVXAN0561001
- EFF DATE: 01/21/2006
- GROUP NO: 003321140BBHP

### SUBSCRIBER INFORMATION

- SUBSCRIBER NAME/ADDRESS: JAFFARY, SAIRA — (18) SELF — F
- 1057 N OAKLEY DR BLDG 26 #10, WESTMONT, IL. 60559
- PHONE: (630) 915-7658
- DOB: 02/15/1962  SSN: 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
- EMPLOYER: VICORP, 420 E ODEN AVE, WESTMONT, IL. 60559
- PHONE: (630) 323-6980-

### GUARANTOR

- JAFFARY, SAIRA, 1057 N OAKLEY DR BLDG 26 #10, WESTMONT, IL. 60559
- PHONE: (630) 915-7658  SSN: 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
- EMPLOYER: VICORP, 420 E ODEN AVE, WESTMONT, IL. 60559
- PHONE: (630) 323-698-0  OCCUPATION: SUPERVISOR
- RELATION TO PATIENT: (18) SELF

TREATMENT AUTHOR NO | OC1 | DATE 1 | OC2 | DATE 2 | OC3 05 | DATE 3 01/21/2006

### COMMENTS

- LINE 1: PT UNABLE TO SIGN/ ID AND INS COPIED
- 01/22/2006 23:59
- MEDICAL RECORD NUMBER: 000753039
- PATIENT NUMBER: 000113794127
- PATIENT NAME: JAFFARY, SAIRA

REGISTRATION RECORD
MEDICAL RECORDS
Printed By: rhardison    GSERMR    Printed On: NOV

**EXHIBIT 4**