2099 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7050**

| | |
|---|---|
| SAIRA JAFFARY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| VALUE CITY FURNITURE, | ) |
| AMERICAN SIGNATURE HOME, | ) |
| AMERICAN SIGNATURE, INC., | ) |
| and JLP-NORTH LAKE, LLC, | ) |
| Defendants. | ) |

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE KEYS**

### AFFIDAVIT OF COREY FERTEL

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1. I am a license private investigator in the State of Illinois and have been so licensed since 1998. I am over the age of 18 years old and I am not a party to the above-captioned litigation. As part of my daily job duties, I investigate and determine correct addresses of individuals and corporate entities, serve process in civil lawsuits, and provide affidavits of service for filing in federal and state courts.

2. I have investigated the current residence address of Saira Jaffary and, based upon my investigation, I believe Ms. Jaffary's current home address is 1815 W. Golf Road, Apt. 120, Schaumburg, IL 60056. My investigation included searches of public records and a visual property inspection conducted on December 13, 2007.

3. I have also exhausted all resources for locating any alternative residential address for Saira Jaffary. The following resources were exhausted: Aircraft ownership, Bankruptcies, Judgments & Liens, Domain Registrations, Government Employee Loans or Contracts, Merchant Vessels, National Property Ownership, Phone Directory, Pilot's License, Inmate Search, Social Security Death Index, Driver's License Search, and Professional License Search.

Further, affiant sayeth not.

_____
Corey Fertel

EXHIBIT 5

Mark G. Poulakidas (ARDC #6230065)
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
200 West Adams Street, Suite 500
Chicago, Illinois 60606
(312) 332-6644