2099 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7050**

| | | |
|---|---|---|
| SAIRA JAFFARY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| VALUE CITY FURNITURE, | ) | |
| AMERICAN SIGNATURE HOME, | ) | |
| AMERICAN SIGNATURE, INC., | ) | |
| and JLP-NORTH LAKE, LLC, | ) | |
| Defendants. | ) | |

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE KEYS**

## AFFIDAVIT OF VICTORIA TURNER

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

1. I am employed by American Signature, Inc. as a claims manager. In this capacity, I am familiar with the corporate citizenship and organization of American Signature, Inc., American Signature Home, and Value City Furniture.

2. I have reviewed the Complaint filed by plaintiff Saira Jaffary and I am familiar with the allegations contained therein.

3. At all times from prior to the dates of the allegations contained within the Complaint to the present, American Signature, Inc. has been an Ohio Corporation and has maintained its headquarters and principal place of business at 1800 Moler Road, Columbus, Ohio 43207.

4. At all times prior to the dates of the allegations contained within the Complaint to the present, Value City Furniture has been a division of American Signature, Inc., and not an individual corporation.

5. On August 1, 2002, a Delaware corporation formerly known as American Signature Home, Inc., was formally merged into American Signature, Inc., an Ohio corporation. Pursuant to the provisions of an Agreement of Merger, filed contemporaneously with the Secretary of State of the State of Delaware, American Signature, Inc. is designated as the surviving corporation of the merger. As stated above, at all times from prior to the dates of the allegations contained within the Complaint to the present, American Signature, Inc. has been an Ohio corporation and has maintained its principal place of business at 1800 Moler Road, Columbus, Ohio 43207.

EXHIBIT 6

Further, affiant sayeth not.

*[signature]*
Victoria Turner

Mark G. Poulakidas (ARDC #6230065)
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
200 West Adams Street, Suite 500
Chicago, Illinois 60606
(312) 332-6644