2099 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7050**

| | |
|---|---|
| SAIRA JAFFARY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| VALUE CITY FURNITURE, | ) |
| AMERICAN SIGNATURE HOME, | ) |
| AMERICAN SIGNATURE, INC., | ) |
| and JLP-NORTH LAKE, LLC, | ) |
| Defendants. | ) |

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE KEYS**

### AFFIDAVIT OF WILLIAM R KUGEL JR

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1. I am employed by Schottenstein Property Group as Risk Manager. In this capacity, I am familiar with the corporate citizenship and organization of JLP Northlake, LLC, and all members of JLP Northlake, LLC.

2. I have reviewed the Complaint filed by plaintiff, Saira Jaffary, and I am familiar with the allegations contained therein.

3. At all times from prior to the dates of the allegations contained within the Complaint to the present, JLP Northlake, LLC has been an Ohio limited liability company and has maintained its headquarters and principal place of business at 1798 Frebis Avenue, Columbus, Ohio 43206. The sole member of JLP Northlake, LLC is Jubilee Limited Partnership. At all times from prior to the dates of the allegations contained within the Complaint to the present, Jubilee Limited Partnership has been an Ohio limited partnership and has maintained its headquarters and principal place of business at 1798 Frebis Avenue, Columbus, Ohio 43206.

Further affiant sayeth not.

_____
William R Kugel Jr

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
200 West Adams Street, Suite 500
Chicago, Illinois 60606
(312) 332-6644

EXHIBIT 7