UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED
DECEMBER 14, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

**07 C 7050**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

Plaintiff(s): **Saira Jaffary**

Defendant(s): **Value City Furniture, American Signature Home, American Signature, Inc., and JLP-North Lake, LLC**

County of Residence: **Cook County, Illinois**

County of Residence: **Franklin County, Ohio**

Plaintiff's Atty:
Cindy A. Scolaro
Karchmar & Stone
111 W. Washington, Ste. 1030
Chicago, Illinois 60602
(312) 236-9744

Defendant's Atty:
Mark G. Poulakidas
Haynes, Studnicka, Kahan,
O'Neill & Miller, LLC
200 W. Adams St., Ste. 500
Chicago, IL 60606
312/332-6644

II. Basis of Jurisdiction: 4. Diversity (complete item III)

III. Citizenship of Principal Parties (Diversity Cases Only)
  Plaintiff:- 1 Citizen of This State
  Defendant:- 5 Incorporated and Principal place of Business in another State

IV. Origin : 2. Removed From State Court

V. Nature of Suit: 360 Other Personal Injury

VI. Cause of Action: Removed to this Court pursuant to 28 USC Section 1441 with diversity jurisdiction under 28 USC Section 1332

VII. Requested in Complaint
  Class Action:
  Dollar Demand: Greater than $50,000.00
  Jury Demand: Yes

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: /s/Mark G. Poulakidas

Date: December 14, 2007

**JUDGE LEINENWEBER
MAGISTRATE JUDGE KEYS**