**FILED**
**DECEMBER 14, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

SAIRA JAFFARY v. VALUE CITY FURNITURE, AMERICAN SIGNATURE HOME, AMERICAN SIGNATURE, INC., and JLP-NORTH LAKE, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**VALUE CITY FURNITURE, AMERICAN SIGNATURE HOME, AMERICAN SIGNATURE, INC., and JLP-NORTH LAKE, LLC**

| NAME (Type or print) |
| --- |
| John W. Albee |
| SIGNATURE (Use electronic signature if the appearance is filed electronically) |
| /s/John W. Albee |
| FIRM |
| HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC |
| STREET ADDRESS |
| 200 WEST ADAMS STREET, SUITE 500 |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6280779 | 312/332-6644 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

JUDGE LEINENWEBER
MAGISTRATE JUDGE KEYS

**07 C 7050**