**FILED**
**DECEMBER 14, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2099 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 7050**

| | | |
|---|---|---|
| SAIRA JAFFARY, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| VALUE CITY FURNITURE, | ) | |
| AMERICAN SIGNATURE HOME, | ) | |
| AMERICAN SIGNATURE, INC., | ) | |
| And JLP-NORTH LAKE, LLC, | ) | |
|     Defendant. | ) | |

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE KEYS**

### NOTICE OF FILING

To:  Cindy A. Scolaro
      Karchmar & Stone
      111 West Washington Street, Suite 1030
      Chicago, Illinois 60602

Clerk of the Circuit Court of Cook County
Richard M. Daley Center
Law Division, Rm. 801
50 West Washington Street
Chicago, Illinois 60602

    YOU ARE HEREBY NOTIFIED that on *December 14, 2007*, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Notice of Removal, Civil Cover Sheet, Jury Demand, Appearance on behalf of James R. Studnicka, Appearance on behalf of Mark G. Poulakidas, Appearance on behalf of John W. Albee, Appearance on behalf of Tess L. Dabbah,** copies of which are attached hereto.

    I certify that a copy of the above-indicated document was mailed to each person to whom it is directed at the address above indicated by depositing same in the U. S. Mail at 200 West Adams Street, Chicago, Illinois 60606 on December 14, 2007, with proper postage prepaid.

                      /s/ Mark G. Poulakidas
                      Mark G. Poulakidas, ARDC #6230065
                      HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
                      Attorney for Defendants
                      200 West Adams Street, Suite 500
                      Chicago, IL 60606
                      312-332-6644
                      mpoulakidas@hskolaw.com