# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | Blanche M. Manning |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7050 | **DATE** | 1/10/2008 |
| **CASE TITLE** | Jaffary vs. Value City Furniture, et al. | | |

**DOCKET ENTRY TEXT**

The plaintiff's motion for leave to amend the complaint is before the court as the emergency judge. The plaintiff's motion is denied without prejudice because: (1) the motion fails to provide any argument or citation to authority; (2) the plaintiff does not identify the citizenship of the proposed additional defendants; and (3) the motion does not indicate why this motion cannot wait for Judge Leinenweber's return. The court also notes that e-filing is mandatory, so plaintiff's counsel should address its e-filing status immediately.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|