C H

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JAN 11 2008

Jan 11 2008
Judge Blanche M. Manning
United Stat... Court

| | |
|---|---|
| SAIRA JAFFARY, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | No.   07 CV 07050 |
| ) | |
| VALUE CITY FURNITURE, an Illinois ) | Judge Leinenweber |
| corporation, and AMERICAN SIGNATURE ) | |
| HOME, an Illinois corporation, and AMERICAN ) | Magistrate Judge Keyes |
| SIGNATURE, INC., an Illinois corporation, and ) | |
| JLP-NORTH LAKE, LLC, an Illinois Limited ) | |
| Liability Company, ) | |
| ) | |
|     Defendants. ) | |

## NOTICE OF AMENDED EMERGENCY MOTION

To:    Mark G. Poulakidas, Esq.
Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
200 W. Adams Street, Suite 500
Chicago, IL   60606
**Via Facsimile: (312) 332-6655**

On January 15, 2008, at 11:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Manning or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2132 at the Federal Courthouse, 219 S. Dearborn Street, Chicago, and shall then and there present the attached Amended Emergency Motion to Amend Complaint.

KARCHMAR & STONE                                  Attorney for Plaintiff
111 West Washington Street                    Chicago, Illinois  60602
(312) 236-9744                                                    Attorney No:

## PROOF OF SERVICE

I, Susan Bartoszewski, a non-attorney certify; that I served this notice by faxing a copy to the above parties at their respective facsimile address and depositing same in the U.S. Mail at 111 West Washington Street, Suite 1030, Chicago, Illinois 60602, at 5:00 p.m. on January 11, 2008.

[X] Under penalties as provided
by law pursuant to 735 ILCS 5/1-109
I certify that the statements set
forth herein are true and correct                           _____
                                                                                       Signature