Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Blanche M. Manning |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7050 | **DATE** | 1/11/2008 |
| **CASE TITLE** | Jaffary vs. Value City Furniture, et al. | | |

**DOCKET ENTRY TEXT**

On plaintiff's amended emergency motion to amend the complaint to add party defendants, the motion is agreed and therefore, under Fed. R. Civ. P. 15(a), it is granted. The court notes that adding these parties appears to destroy diversity jurisdiction. The parties should address this issue with Judge Leinenweber upon his return.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|