2099 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAIRA JAFFARY, )<br>     Plaintiff, )<br>vs. )<br>  )<br>VALUE CITY FURNITURE, an Illinois )<br>Corporation, and AMERICAN SIGNATURE )<br>HOME, an Illinois corporation, and AMERICAN )<br>SIGNATURE, INC., an Illinois corporation, and )<br>JLP-NORTHLAKE, LLC, an Illinois Limited )<br>Liability Company, and NORTHLAKE )<br>SHOPPING CENTER CORPORATION, an )<br>Illinois corporation, and THE HARLEM IRVING )<br>COMPANIES, INC., an Illinois corporation, )<br>  )<br>     Defendants. ) | No.:   07 CV 07050<br><br>Judge Leinenweber<br><br>Magistrate Judge Keyes |

### NOTICE OF FILING

To:   Cindy A. Scolaro
      Karchmar & Stone
      111 West Washington Street, Suite 1030
      Chicago, Illinois 60602

   YOU ARE HEREBY NOTIFIED that on *February 6, 2008*, there was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Answer and Affirmative Defenses of Defendant American Signature, Inc. and JLP-Northlake, LLC to Plaintiff's First Amended Complaint at Law,** a copy of which is attached hereto.

   I certify that a copy of the above-indicated document was mailed to each person to whom it is directed at the address above indicated by depositing same in the U. S. Mail at 200 West Adams Street, Chicago, Illinois 60606 on February 6, 2008, with proper postage prepaid.

                    /s/ Mark G. Poulakidas
                    Mark G. Poulakidas, ARDC #6230065
                    HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
                    Attorney for Defendants
                    200 West Adams Street, Suite 500
                    Chicago, IL 60606
                    312-332-6644
                    mpoulakidas@hskolaw.com