KC **FILED**

FEB 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 1 2 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| SAIRA JAFFARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    07 CV 07050 |
| | ) | |
| VALUE CITY FURNITURE, an Illinois | ) | Judge Leinenweber |
| corporation, and AMERICAN SIGNATURE | ) | |
| HOME, an Illinois corporation, and AMERICAN | ) | Magistrate Judge Keyes |
| SIGNATURE, INC., an Illinois corporation, and | ) | |
| JLP-NORTH LAKE, LLC, an Illinois Limited | ) | |
| Liability Company, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:    Mark Poulakidas
      Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
      200 W. Adams St., Ste. 500
      Chicago, IL 60606

YOU ARE HEREBY NOTIFIED that on February 8, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiff's Answer to Defendants AMERICAN SIGNATURE, INC. and JLP-NORTHLAKE, LLC's Affirmative Defenses**, a copy of which is attached hereto.

I certify that a copy of the above-indicated document was mailed to each person to whom it is directed at the address above indicated by depositing same in the U.S. Mail at 111 W. Washington Street, Chicago, Illinois, 60602, on February 8, 2008, with proper postage prepaid.

Cindy A. Scolaro, Esq.
Karchmar & Stone
111 W. Washington St., Ste. 1030
Chicago, IL 60602
(312) 236-9744

3



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC **FILED**

FEB 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 1 2 2008

| | | |
|---|---|---|
| SAIRA JAFFARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    07 CV 07050 |
| | ) | |
| VALUE CITY FURNITURE, an Illinois | ) | Judge Leinenweber |
| corporation, and AMERICAN SIGNATURE | ) | |
| HOME, an Illinois corporation, and AMERICAN | ) | Magistrate Judge Keyes |
| SIGNATURE, INC., an Illinois corporation, and | ) | |
| JLP-NORTH LAKE, LLC, an Illinois Limited | ) | |
| Liability Company, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S ANSWER TO DEFENDANTS AMERICAN SIGNATURE, INC., AND JLP-NORTHLAKE, LLC'S AFFIRMATIVE DEFENSES

To:    Mark Poulakidas
Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
200 W. Adams St., Ste. 500
Chicago, IL 60606

NOW COMES the Plaintiff, SAIRA JAFFARY, through her attorneys, KARCHMAR & STONE, and in response to Defendants AMERICAN SIGNATURE, INC. and JLP-NORTHLAKE, LLC's Affirmative Defenses, states as follows:

1.    That Plaintiff admits to any duties as imposed upon her by law, but denies that said duties have been accurately set forth within paragraph 1 in Defendants' Affirmative Defenses, and further denies each and every allegation directed toward the Plaintiff, SAIRA JAFFARY, set forth in paragraph 1 in Defendants' Affirmative Defenses;

2.     That Plaintiff denies each and every allegation directed toward the Plaintiff, SAIRA JAFFARY, set forth in paragraph 2, and specifically subparagraphs (a) – (c) inclusive, of Defendants' Affirmative Defenses;

3.     That Plaintiff denies each and every allegation directed toward the Plaintiff, SAIRA JAFFARY, set forth in paragraph 3 of Defendants' Affirmative Defenses;

4.     That Plaintiff denies each and every allegation directed toward the Plaintiff, SAIRA JAFFARY, set forth in paragraph 4 of Defendants' Affirmative Defense.

WHEREFORE, the Plaintiff, SAIRA JAFFARY, requests this Honorable Court to strike Defendants' Affirmative Defenses and to enter judgment in favor of the Plaintiff and against the Defendants.

KARCHMAR & STONE

By:     _____

One of the attorneys for Plaintiff

Cindy A. Scolaro, Esq.
Karchmar & Stone – 24622
Attorney for Plaintiffs
111 West Washington Street
Suite 1030
Chicago, Illinois 60602
(312) 236-9744

2