IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAIRA JAFFARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  07 CV 7050 |
| | ) | |
| VALUE CITY FURNITURE, an Illinois | ) | Judge Harry D. Leinenweber |
| Corporation, and AMERICAN SIGNATURE | ) | Magistrate Manning |
| HOME, an Illinois corporation, and | ) | |
| AMERICAN SIGNATURE, INC., an | ) | |
| Illinois corporation, and JLP-NORTH | ) | |
| LAKE, LLC, an Illinois Limited Liability | ) | |
| Company and NORTHLAKE SHOPPING | ) | |
| CENTER CORPORATION, an Illinois | ) | |
| corporation, and THE HARLEM IRVING | ) | |
| COMPANIES, INC., an Illinois corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**Defendant's Motion for Leave to
Answer or Otherwise Plead by March 21, 2008**

NOW COMES Defendant, the Harlem Irving Companies, Inc. (HIP), through its attorneys, Maisel & Associates, and for its Motion for Leave to Answer or Otherwise Plead by March 21, 2008, states as follows unto this Honorable Court:

1. Plaintiff Saifra Jaffray sues HIP, among others, for injuries allegedly sustained during a slip and fall on or about January 21, 2006.  *See,* First Amended Complaint at Law, Count III.

2. Summons was issued as to HIP on January 16, 2008.

3. Immediately thereafter, HIP retained the services of Maisel & Associates to defend HIP in the instant cause.

4. HIP requires additional time to answer or otherwise plead, as it must investigate its role, if any, with regard to the incident alleged by Plaintiff.

5. The parties will not be prejudiced by the granting of the instant Motion.

WHEREFORE for these reasons Defendant HIP respectfully requests that this Honorable Court grant the instant Motion, and allow HIP to answer or otherwise plead by March 21, 2008.

                Respectfully submitted,

                /s/ Evelyn R. Pacino_____
                Evelyn R. Pacino
                One of the Attorneys for Defendant,
                The Harlem Irving Companies, Inc.

Evelyn R. Pacino (ARDC #6244732)
MAISEL & ASSOCIATES
200 N. LaSalle Street
Suite 2000
Chicago, IL  60601
(312) 917-1400