UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAIRA JAFFARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CV 7050 |
| | ) | |
| VALUE CITY FURNITURE, an Illinois Corporation, and AMERICAN SIGNATURE HOME, an Illinois corporation, and AMERICAN SIGNATURE, INC., an Illinois corporation, and JLP-NORTH LAKE, LLC, an Illinois Limited Liability Company and NORTHLAKE SHOPPING CENTER CORPORATION, an Illinois corporation, and THE HARLEM IRVING COMPANIES, INC., an Illinois corporation, | ) ) ) ) ) ) ) ) ) ) | Judge Harry D. Leinenweber Magistrate Manning |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   Cindy A. Scolaro                James Robert Studnicka
         Karchmar & Stone                John W Albee
         111 W. Washington Street        Tess Leah Dabbah
         Suite 1030                      Mark George Poulakidas
         Chicago, IL  60602              Haynes, Studnicka, Kahan, O'Neill & Miller, LLC
                                         200 W. Adams Street, Suite 500
                                         Chicago, IL 60606

On February 21, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Leinenweber or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1941 in the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion for Leave to Answer or Otherwise Plead by March 21, 2008.

                                        MAISEL & ASSOCIATES

                                        By:   */s/* Evelyn R. Pacino

MAISEL & ASSOCIATES
200 N. LaSalle Street, Suite 2000
Chicago, IL  60601
(312) 917-1400

## CERTIFICATE OF SERVICE

The Undersigned, the attorney of record herein, hereby certifies that on February 19, 2008, the foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF System, which sent copies to the above-named participants.

                                        s/ Evelyn R. Pacino_____
                                        EVELYN R. PACINO, Attorney Bar #6244732
                                        One of the Attorneys for Defendant,
                                        The Harlem-Irving Companies, Inc.