## *United States District Court for the Northern District of Illinois*

Case Number: 07CV7050                          Assigned/Issued By: J.N.

Judge Name:                                    Designated Magistrate Judge:

---

### FEE INFORMATION

***Amount Due:***   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP         ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                      ☑ Alias Summons

☐ Third Party Summons                          ☐ Lis Pendens

☐ Non Wage Garnishment Summons                 ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons           _____

☐ Citation to Discover Assets                  _____
                                               (Victim, Against and $ Amount)
☐ Writ _____
        (Type of Writ)

 1   Original and  1  copies on  2-19-08  as to  THE HARLEM IRVING
                                      (Date)

COMPANIES, INC. _____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05