**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Saira Jaffary
                        Plaintiff,

v.                                                   Case No.: 1:07−cv−07050
                                                  Honorable Harry D. Leinenweber

Value City Furniture, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Harry D. Leinenweber :Defendant's Motion for extension of time to 3/21/2008 in which to answer or otherwise plead [20] is granted. Status hearing held on 2/20/2008. hearingsStatus hearing set for 3/27/2008 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.