

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

FEB 2 7 2008 *pc*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| SAIRA JAFFARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.    07 CV 07050    FEB 2 7 2008 |
| | ) | |
| VALUE CITY FURNITURE, an Illinois | ) | Judge Leinenweber |
| corporation, and AMERICAN SIGNATURE | ) | |
| HOME, an Illinois corporation, and AMERICAN | ) | Magistrate Judge Keyes |
| SIGNATURE, INC., an Illinois corporation, and | ) | |
| JLP-NORTH LAKE, LLC, an Illinois Limited | ) | |
| Liability Company, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S ANSWERS TO INTERROGATORIES

To:    Mark Poulakidas, Esq.
       Haynes Studnicka Kahan O'Neill & Miller LLC
       200 W. Adams Street, Suite 500
       Chicago, IL  60606

NOW COMES the Plaintiff, SAIRY JAFFARY, and through her attorneys, Karchmar &

Stone, and in answer to Interrogatories propounded by Defendants, VALUE CITY

FURNITURE, AMERICAN SIGNATURE HOME, AMERICAN SIGNATURE, INC. and JLP-

NORTH LAKE, LLC, by their attorneys, HAYNES, STUDNICKA, KAHAN, O'NEILL &

MILLER, LLC, states as follows:

1.    State your full name, date of birth, address and social security number.

Answer:    Saira Jaffary
           1815 W. Golf Road
           Unit #120
           Mt. Prospect, IL  60056
           Date of Birth:        02/15/62
           Social Security No.:    ___-__-9774

2.    State the name, age, present or last known address, telephone number, employer
      and employer's address of all persons who witnessed, or claim to have witnessed,
      the occurrence described in the complaint.

Answer:
There were many people who saw me fall and surrounded me after I fell.  Investigation
continues.

3.    State the name, age, present or last known address, telephone number, employer
      and employer's address of all persons who were present, or claim to have been
      present, at the scene of the occurrence described in the complaint immediately
      before the occurrence (approximately one hour), at the time of he occurrence, or
      immediately after the occurrence (approximately two hours).

Answer:
The male manager of the store who wrote the accident report.
My husband came to the scene Imran Saeed, and my aunt Attiya Sheikh also came to the
scene.

4.    State the name and address of each of your employers (including your present
      employer) in the last ten years and the date of each employment.

Answer:        Vicorp Restaurants, Inc.
               Bakers Square
               3649 N. Harlem Avenue
               Chicago, IL  60606
               I have worked there about 10-12 years

5.    State each of your resident addresses in the last ten years and the dates during
      which you resided at each address.

Answer:        1815 W. Golf Road, #120, Mt Prospect, IL  60056
               September 2006 to present

               1057 N. Oakley Drive, #105, Westmont, IL  60559
               January 2003 to August 2006

               21 W. 59th Street, #105, Westmont, IL  60559

2

1999 to January 2003

6.     With respect to any injuries or other conditions of ill being which you claim to have sustained in or as a consequence of the occurrence complained of, state:

(a)    The name of the injury or condition;

(b)    The names and address of all hospitals in which you have been confined or at which you have been treated or examined, the dates thereof and the amount of each bill;

(c)    The names and addresses of all treating or consulting doctors, the dates of the treatment or consultation, and the amount of each doctor's bill;

(d)    The names and addresses of all examining physicians and the dates of examination;

(e)    The names and addresses of all persons or other entities who have x-rayed you, the dates thereof, the amount of each bill; and

(f)    The names and addresses of all persons or other entities who have performed any electrical or electronic tests upon you, such a electroencephalogram, nerve conduction, etc., and the identity and dates of each test and the amount of each bill.

Answer:          Fracture of right wrist- comminuted fracture with some dorsal angulation, radial shortening, combination of the dorsal cortex of the distal femur.  Pain, swelling, limitation in movement and loss of strength, possibly permanent.

Good Samaritan Hospital
3815 Highland Avenue
Downers Grove, IL   60515
Date:   01/21/06

Riverside Orthopedics/ Dr. Tariq Iftikhar
7234 W. Ogden Avenue
Riverside, IL   60546
For consultation and x-rays
01/23/06 until treatment lasted

Therapy Providers
7234 W. Ogden Avenue
Riverside, IL   60546

Forest Hills Physical Therapy & Rehab
4121 Fairview Avenue, Suite L6
Downers Grove, IL  60515
03/01/06 until 08/01/06

Dr. T. M. Sheikh referred me to Dr. Iftikhar

7.    If you are claiming loss of income because of the occurrence complained of, state:

    (a)    The name and address of our employer at the time that the income was lost.

    (b)    The dates on which you were unable to work;

    (c)    Your rate of pay on the dates you were unable to work;

    (d)    The amount of income you claim to have lost.

Answer:    Vicorp Restaurants, Inc. (Bakers Square)
3649 N. Harlem, Chicago, IL 60634
January 21, 2006 until April 30, 2006
$3.90/ $12.00 per hour;  Tips average $500.00 per week plus $150.00 per week for supervisor pay.

8.    State any and all other expenses or losses you claim as a result of said occurrence.

Answer:    During leave of absence, paid for benefits coverage to my employer
Vicorp Restaurants, Inc.
Pain and suffering, lost wages, loss of normal life/ disability, permanent injury to wrist.

9.    Prior to the date of said occurrence had you ever been (a) treated, examined or confined in any hospital or clinic, (b) treated by a physician or medical care provider from any field or specialty, including chiropractors, or (c) x-rayed for any reason?  If so, give the name and address of each such hospital, physician, technician or clinic, the approximate date of such confinement or service and state, in general, the reason for such confinement or service.

Answer:
None other than regular check ups and illnesses, with Dr. Tamara Gori for the last 6-7 years.
I went for infertility and had surgery at Swedish American Hospital in Rockford, IL.

4

10.   Have you suffered either (a) any personal injury or (b) serious illness, since the date of said occurrence?  If so, for (a) state when, where and in general how you were injured, and the names and addresses of all treating doctors and hospitals, and describe in general the injuries suffered; and, for (b) state when you were ill, the names and addresses of all treating doctors and hospitals and describe in general the illness.

Answer:      None.

11.   If you have ever been convicted of a crime, state:

   (a)      The date of conviction and the full description of the court;

   (b)      The case name and number;

   (c)      The precise charge (preferably by statute citation), and your plea;

   (d)      The name under which you were convicted (if different than the one used herein); and

   (e)      Whether the conviction has been, or is being appealed, and if so, the court to which appealed, the docket number and the result, if any.

Answer:      No.

12.   Have you ever filed any other suit for your own personal injuries?  If so, state the court in which filed the year filed and the title and docket number of said case.

Answer:      No.

13.   Do you have statements from any witness other than yourself?  If so, give the name and address of each such witness, the date of said statement and state whether such statement was written, stenographically recorded or electronically recorded.

Answer:      No.

14. Were any photographs taken of the scene of the occurrence or of the persons or objects involved? If so, state the date or dates on which such photographs were taken, the number taken, the subjects thereof and who now has custody of them.

Answer: Yes – photographs were taken after I fell. They will be provided with Plaintiff's response to the 214 production request.

15. State the name, address, age, telephone number, employer and employer's address of any person not heretofore identified in answers to the foregoing interrogatories who has knowledge of discoverable matters related to this lawsuit.

Answer:
See answers within this document and within my medical records.
Angela Harris, the general manager at Bakers Square.

16. State whether you have ever made or filed a claim for workmen's compensation benefits for any injury claimed by you to have been sustained prior to, at the time of, or subsequent to the occurrence described in the complaint. If the answer is in the affirmative, state as to each such claim the following:

   (a) The date and place of the injury;

   (b) The name and address of each party against whom the claim was made;

   (c) The name and address of each such party's workmen's compensation insurer, if any;

   (d) The place where such claim was made or filed and the case or claim number; and

   (e) The name and address of each non-treating physician who examined you in connection with each such claim.

Answer: No.

17. State in detail where you fell, including a description of how you fell, what you believe caused you to fall, and describe what portion(s) of your body struck what object(s).

Answer:       I fell in front of the Value City Furniture Store, before you get in the door
              the floor was very icy and the light was very dim, it was not clean and I
              slipped and fell on the ice.

18.    State any and all defects in the premises you claim caused your fall.

Answer:       Conditions were icy and snowy, and the ice and snow were not removed
              nor salted, and the light was very dim.

19.    How long had each defect existed?

Answer:
Long enough for the ice and snow to become dirty.

20.    When did you first become aware of the defects?

Answer:       As soon as I fell.

21.    When did the defendants become aware of the defects?

Answer:       The manager of Value City Furniture wrote the accident report as soon as
              I came inside the store so he was aware of the accident. Investigation
              continues as to how long the defendants know of the conditions.

22.    Identify by name, address, plan number and group number each an every health
insurance plan, Blue Cross/Blue Shield, Medicare, Public Aid, PPO, HMO or other health care
services provider in which you belonged or were entitled to participate from five years prior to
the alleged occurrence to the present.

Answer:       ANTHEM BlueCross/Blue Shield Group  3321140  BBHP

_Saira Jaffary_

Saira Jaffary

Cindy A. Scolaro, Esq.
Karchmar & Stone
Attorney for Plaintiff
111 West Washington Street
Suite 1030
Chicago, Illinois 60602
(312) 236-9744

STATE OF ILLINOIS        )
                         )SS
COUNTY OF COOK           )

PLAINTIFF'S CERTIFICATION TO
**ANSWERS TO INTERROGATORIES**

The undersigned certifies that the statements set forth in this instrument are true and correct,

except as to matters therein stated to be on information and belief and as to such matters the

undersigned certifies as aforesaid that she verily believes the same to be true.

X _____

Saira Jaffary

SUBSCRIBED and SWORN to
before me this _25th_ day

of _____, 2008

_____
Notary Public

OFFICIAL SEAL
GARY P. STONE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/02/12