IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAIRA JAFFARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  07 CV 7050 |
| | ) | |
| VALUE CITY FURNITURE, an Illinois Corporation, and AMERICAN SIGNATURE HOME, an Illinois corporation, and AMERICAN SIGNATURE, INC., an Illinois corporation, and JLP-NORTH LAKE, LLC, an Illinois Limited Liability Company and NORTHLAKE SHOPPING CENTER CORPORATION, an Illinois corporation, and THE HARLEM IRVING COMPANIES, INC., an Illinois corporation, | ) ) ) ) ) ) ) ) ) ) | Judge Harry D. Leinenweber Magistrate Manning |
| | ) | |
| Defendants. | ) | |

**Defendant Harlem Irving Companies' Answer to First Amended Complaint at Law**

NOW COMES Defendant Harlem Irving Companies Inc. ("HIP"), through its attorneys, Maisel & Associates, and for its Answer to Plaintiff Saira Jaffary's ("Plaintiff") First Amended Complaint at Law, states as follows:

**Count I**

1-13.   HIP makes not Answer to Plaintiff's First Amended Complaint at Law, Count II, as it is not directed at this Defendant.

**Count II**

1-7.   HIP makes not Answer to Plaintiff's First Amended Complaint at Law, Count II, as it is not directed at this Defendant.

**Count III**

**ANSWER:**

HIP denies the allegations contained in Plaintiff's First Amended Complaint at Law, Count III, paragraph 1.

**ANSWER:**

HIP denies the allegations contained in Plaintiff's First Amended Complaint at Law, Count III, paragraph 2.

**ANSWER:**

HIP is without knowledge or information sufficient to form a belief as to the truth the allegations contained in Plaintiff's First Amended Complaint at Law, Count III, paragraph 3.

**ANSWER:**

HIP only admits to its duties under Illinois law.  HIP denies the remaining allegations contained in Plaintiff's First Amended Complaint at Law, Count III, paragraph 4.

**ANSWER:**

HIP denies the allegations contained in Plaintiff's First Amended Complaint at Law, Count III, paragraph 5, including sub-parts (a) through (i).

**ANSWER:**

HIP denies the allegations contained in Plaintiff's First Amended Complaint at Law, Count III, paragraph 6

**ANSWER:**

HIP denies the allegations contained in Plaintiff's First Amended Complaint at Law, Count III, paragraph 7.

WHEREFORE Defendant Harlem Irving Companies, Inc., respectfully requests that this Honorable Court deny all relief requested by Plaintiff Saira Jaffary.
.

    Respectfully submitted,

    Harlem Irving Companies, Inc.

    s/Evelyn R. Pacino (ARDC #6244732)
    One of its attorneys

MAISEL & ASSOCIATES
200 N. LaSalle Street
Suite 2000
Chicago, IL  60601
312-917-1400
312-917-1427 – Fax