UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAIRA JAFFARY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 CV 7050 |
| | ) | |
| VALUE CITY FURNITURE, an Illinois | ) | Judge Harry D. Leinenweber |
| Corporation, and AMERICAN SIGNATURE | ) | Magistrate Manning |
| HOME, an Illinois corporation, and | ) | |
| AMERICAN SIGNATURE, INC., an | ) | |
| Illinois corporation, and JLP-NORTH | ) | |
| LAKE, LLC, an Illinois Limited Liability | ) | |
| Company and NORTHLAKE SHOPPING | ) | |
| CENTER CORPORATION, an Illinois | ) | |
| corporation, and THE HARLEM IRVING | ) | |
| COMPANIES, INC., an Illinois corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:

| | |
|---|---|
| Cindy A. Scolaro | James Robert Studnicka |
| Karchmar & Stone | John W Albee |
| 111 W. Washington Street | Tess Leah Dabbah |
| Suite 1030 | Mark George Poulakidas |
| Chicago, IL 60602 | Haynes, Studnicka, Kahan, O'Neill & Miller, LLC |
| | 200 W. Adams Street, Suite 500 |
| | Chicago, IL 60606 |

PLEASE TAKE NOTICE that on the 10th day of March, 2008, we filed **DEFENDANT, HARLEM IRVING COMPANIES' ANSWER TO FIRST AMENDED COMPLAINT**, with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division.

MAISEL & ASSOCIATES

By: /s/ Evelyn R. Pacino

Evelyn R. Pacino (ARDC #6244732)
MAISEL & ASSOCIATES
200 North LaSalle Street, Suite 2000
Chicago, IL 60601
(312) 917-1400

## PROOF OF SERVICE BY ELECTRONIC MAIL

The Undersigned, the attorney of record herein, hereby certifies that on March 10, 2008, this Notice of Filing and Answer to First Amended Complaint was electronically filed with the Clerk of the United States District Court using the CM/ECF System.

/s/ Evelyn R. Pacino, Attorney Bar #6244732