2099 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAIRA JAFFARY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CV 7050 |
| vs. | ) | |
| | ) | Judge Leinenweber |
| VALUE CITY FURNITURE, | ) | |
| AMERICAN SIGNATURE HOME, | ) | |
| AMERICAN SIGNATURE, INC., | ) | Magistrate J. Keyes |
| and JLP-NORTH LAKE, LLC, | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  Cindy A. Scolaro                    Evelyn R. Pacino
     Karchmar & Stone                    Maisel & Associates
     111 West Washington Street, Suite 1030   200 North LaSalle Street, Suite 2000
     Chicago, Illinois 60602             Chicago, Illinois 60601

On Wednesday, March 19, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Judge Harry D. Leinenweber** or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1941 of the Northern District of Illinois, Eastern Division and shall then and there present Defendants' Motion for Qualified Protective Order, a copy of which is attached hereto.

Certificate of Service

I certify, under the law that I served this Notice by electronic filing and mailing a copy to each person to whom it is directed at the address above indicated by depositing same in the U.S. Mail at 200 West Adams Street, Suite 500, Chicago, Illinois 60606, before the hour of 5:00 p.m. on March 13, 2008, with proper postage prepaid.

/s/ Tess L. Dabbah
Tess L. Dabbah (ARDC #6280062)
Mark G. Poulakidas (ARDC #6230065)
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
200 West Adams Street, Suite 500
Chicago, Illinois 60606
312-332-6644
tdabbah@hskolaw.com