Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7050 | **DATE** | 3/25/2008 |
| **CASE TITLE** | Saira Jaffary vs. Value City Furniture, et al | | |

**DOCKET ENTRY TEXT**

There being no objection, defendants' motion for a qualified protective order pursuant to HIPAA is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices

| | | Courtroom Deputy Initials |  WAP |
|---|---|---|---|