# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7050 | **DATE** | 4/10/2008 |
| **CASE TITLE** | Saira Jaffary vs. Value City Furniture, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. For the reasons stated in open court, this case is remanded to the Circuit Court of Cook County.

Docketing to mail notices.
*Mail AO 450 form.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|