# United States District Court

## Northern District of Illinois

Eastern Division

| | |
|---|---|
| Saira Jaffary | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 7050 |
| Value City Furniture, et al | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is remanded to the Circuit Court of Cook County.

 

Michael W. Dobbins, Clerk of Court

Date: 4/10/2008　　　　　　　　　　　　　　　_____

/s/ Wanda A. Parker, Deputy Clerk